## RANKINS v. RANKINS.

No. 18578.    Opinion Filed Sept. 25, 1928.

(Syllabus.)

**Appeal and Error—Reversal Upon Confession of Error.**

Where, upon appeal, defendant in error confesses error, the judgment of the trial court will be reversed, and the case remanded.

Error from District Court, Tulsa County; Edwin R. McNeill, Judge.

Action between C. W. Rankins and Lizzie Rankins. From order vacating judgment, the former brings error. Reversed and remanded.

Wm. H. McClarin, for plaintiff in error.

Roy F. Ford and E. M. Lotridge, for defendant in error.

HUNT, J. This is an appeal from a judgment of the district court of Tulsa county vacating and setting aside a judgment theretofore rendered in said cause. Since the filing of the petition in error and case-made in this court, the defendant in error has filed herein her confession of error and request for reversal.

In the case of National Fire Ins. Co. v. Hammon Trading Co., 46 Okla. 233, 148 Pac. 722, this court laid down the rule that:

"Where, upon appeal, defendant in error confesses error, the judgment of the trial court will be reversed, and the case remanded."

The judgment and order of the trial court vacating and setting aside the judgment previously rendered is therefore reversed, and the cause remanded.

MASON, V. C. J., and HARRISON, PHELPS, CLARK, and RILEY, JJ., concur.

Note.—See 4 C. J. p. 1162 §3175.